## Tony EDMOND, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 101203

Missouri Court of Appeals,
Eastern District.

Filed: May 5, 2015

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

The movant, Tony Edmond, appeals the motion court's judgment denying his Rule 24.035 motion for post-conviction relief af-

ter an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's judgment denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).